IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| ROBERT W NICHOLS | ) | CASE NO. 4-02-02215-TUC-EWH |
| MARY ANN NICHOLS | ) | |
| | ) | **PETITION TO PAY DIVIDEND IN** |
| Debtor(s). | ) | **THE AMOUNT LESS THAN $5.00** |
| | ) | **TO THE CLERK OF THE U. S.** |
| | ) | **BANKRUPTCY COURT** |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in 347 of the code.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| 7 | FDS BANK – MACYS<br>TSYS DEBT MGMT INC<br>PO BOX 6700<br>NORCROSS GA 30091 | $277.93 | $3.54 |
| 8 | ROBINSON MAY<br>PO BOX 52097<br>PHOENIX, AZ 85072 | $66.36 | $0.85 |
| 10 | DILLARD NATIONAL BANK<br>PO BOX 52051<br>PHOENIX AZ 85072-2051 | $249.48 | $3.18 |

Dated: March 21, 2011   /s/ SJK_____
   Stanley J. Kartchner, Trustee