IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re | ) | CHAPTER 7 |
|---|---|---|
| ROBERT W NICHOLS | ) | CASE NO. 4-02-02215-TUC-EWH |
| MARY ANN NICHOLS | ) | |
| | ) | **APPLICATION FOR PAYMENT OF** |
| Debtor(s). | ) | **UNCLAIMED FUNDS TO THE U.S.** |
| | ) | **BANKRUPTCY COURT** |

Stanley J. Kartchner, Trustee, reports that the following dividend check(s) have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| 3 | **BANK OF TUCSON** <br> **BRIAN K ENGLISH** <br> **222 N WASHINGTON SQ #210** <br> **LANSING, MI 48933** | **$2576** | **$32.86** |

_____4/4/11_____   /s/ SJK_____
         Date                                  Stanley J. Kartchner, Trustee